CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 12 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAURICE TYLER, | ) |
|     Petitioner, | ) Civil Action No. 7:06CV00339 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| TERRY O'BRIEN, WARDEN, | ) By: Hon. Jackson L. Kiser |
|     Respondent. | ) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This 12th day of June, 2006.

                                          Senior United States District Judge